AO 240 (Rev. 10/03)

**FILED**

# UNITED STATES DISTRICT COURT

MAY 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

For    The          District of    COLUMBIA

Shanell James
**Plaintiff**

V.

U.S. Drug Enforcement Administration
and
U.S. Immigration & Customs Enforcement
**Defendant**

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: C8 0842

I, ___Shanell James, Reg No.#69829-004___ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      ☒ Yes      ☐ No      (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ___MDC-Brooklyn,(New York 11232)___

   Are you employed at the institution? ___No___ Do you receive any payment from the institution? ___No___

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?      ☐ Yes      ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   ___FCI - McKean, P.O. Box8000, Bradford,PA 16701. Earned $5.00 a month
   employed last March/April 2007___

In the past 12 twelve months have you received any money from any of the following sources?

| | | Yes | No |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☒ Yes | ☐ No |

**RECEIVED**

APR 3 0 2008

Clerk, U.S. District and
Bankruptcy Courts

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

See reverse

2

AO 240 Reverse (Rev. 10/03)

Recieved money from distant friends when they send money, or sucessfully
solitciting them. This money is not always available and is only recieved
when it's practical for the sender. Please be advised that I'm economically
challenged, with limited community support. Also note that Plaintiff is still
paying filing fee via "In Forma Pauperis" related to Civil Action that was
heard before this Honorable Court(06-0562-RMC).

4.  **Do you have any cash or checking or savings accounts?**        ☐ Yes        ☒ No

If "Yes," state the total amount.  _____

5.  **Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?**     ☐ Yes     ☒ No

If "Yes," describe the property and state its value.

NOT APPLICABEEE

5.  **List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  (If children are dependents, please refer to them by their initials)**

NOT APPLICABLE

declare under penalty of perjury that the above information is true and correct.

| 4/26/08 | Shanell James |
|---|---|
| Date | Signature of Applicant |

**OTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition,
prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during
e last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach
e certified statement of each account.

## ORDER OF THE COURT

| he application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
|  |  |
| United States Judge          Date | Paul L. ____      5/7/08 |
|  | United States Judge          Date |