# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES SHANELL,<br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DRUG ENFORCEMENT<br>ADMIN. et. al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)  Civil Action No. 08-0842 (RMU)<br>)  ECF<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Megan M. Weis as counsel for Defendants in the above-captioned case.

　　　／s／_____
　　MEGAN M. WEIS
　　Special Assistant United States Attorney
　　Civil Division 555 4th St., NW
　　Washington, D.C. 20530
　　(202) 514-5134

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

James Shanell <u>pro se</u>
# 69829-004
MDC-Brooklyn
80- 29th Street, (Unit K-83)
Brooklyn, NY 11232

on this 10 day of June, 2008.

                                  ____/s/_____
                                  MEGAN M. WEIS
                                  Special Assistant United States Attorney
                                  Civil Division
                                  555 4th St., NW
                                  Washington, D.C. 20530
                                  (202) 514-5134