**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SHANELL JAMES, )<br>    Plaintiff, )<br>)<br>v. )<br>U.S. DRUG ENFORCEMENT )<br> ADMIN. et. al., )<br>)<br>    Defendants. ) | Civil Action No. 08-0842 (RMU)<br>ECF |

## NOTICE OF APPEARANCE

    The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Megan M. Weis as counsel for Defendants in the above-captioned case.

                      ___/s/_____
                        MEGAN M. WEIS
                        Special Assistant United States Attorney
                        Civil Division 555 4th St., NW
                        Washington, D.C. 20530
                        (202) 514-5134

**AMENDED CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:


Shanell James, <u>pro se</u>
R69829-004
BROOKLYN METROPOLITIAN DETENTION CENTER
K-93
P.O. Box 329002
Brooklyn, NY 11232


on this 3rd day of July, 2008.


Undersigned counsel attempted to serve a copy of the foregoing by First-Class mail, postage prepaid on June 10, 2008, to Plaintiff's address as stated in his Complaint:


Shanell James <u>pro se</u>
# 69829-004
MDC-Brooklyn
80- 29th Street, (Unit K-83)
Brooklyn, NY 11232


This copy was returned to undersigned counsel as undeliverable.


        ____/s/_____
        MEGAN M. WEIS
        Special Assistant United States Attorney
        Civil Division
        555 4th St., NW
        Washington, D.C. 20530
        (202) 514-5134