**RECEIVED**

JUL 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Shanell James
Register No. 69829-004
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887
July 10, 2008

United States District Court
for the District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001
Attn: Nancy Mayer-Whittington, Clerk of District Court

Re: Change of Address Notice
   Shanell James v. DEA & ICE    08-CV-0842 RMU

Dear Honorable Clerk;

    I Shanell James, Planitiff/Pro Se litigant in the above referenced Civil Action write to advise this Honorable Court of my transfer to the aforementioned Federal Facility. Please note on the record that I can now be located at the following address:   Shanell James
                            Register No. 69829-004
                            F.C.I Allenwood
                            P.O. Box 2000
                            White Deer PA 17887

    I would humbly and respectfully request that I also be sent a updated Docket sheet reflecting this change.
    In conclusion, I thank you for your time, service, and consideration in this matter.

                                      Gratefully Submitted,
                                      Shanell James