

LET THIS BE FILED — AS A "NOTICE"
DATE: 8/20/08
JUDGE RICARDO M. URBINA

Shanell James
Register No. 69829-004
FCI Allenwood (Medium)
P.O. Box 2000
White Deer, PA 17887
August 10, 2008

United States District Court
for The Dictrict of Columbia
U.S. CourtHouse
333 Constitution Avenue, N.W.
Washington, DC 20001
Attn: Pro Se Clerk of Distrcit Court

Re: <u>Civil Action No. 08-CV-0842(RMU) Response to"Standing Order for Civil Cases" ordered by the Honorable District Judge Ricardo M. Urbina</u>

Dear Pro Se Clerk;

   I Shanell James, Plaintiff/Pro Se litigant in the above named Civil Action, write this Honorable Court in response to the recieved "Standing Order for Civil Cases". It is my intention to comply to this order issued by this Honorable Court to the best of my ability. However, I would like to point out that I'm an Inmate committed to a Federal facility, that also has no formal training in the presentation of law. In addition, I'm also enconomically challenged with limited community support. I've submitted an Application to proceed via "In Forma Pauperis" which was granted by this Court. I point this out only to remind this Honorable Court that I should not be held to the"professional standard" as those who have been trained in law as a professional, and taken the bar. Furthenore, I would also like to advise this Honorable Court that I've tried to locate, solicit, and petition for representation via Pro Bono firms, indivisual attorney(s), and/or agencies/organizations. Unfortunately I've not been sucessful in having any luck in this respect.

 I would also like for this Honorable Court to know that this litigation or Civil Action was initially filed in Civil Action No. 06-CV-0562(RMC) heard before this Court. This action was litigated for (2) two years before being dismissed via Summary Judgement (Renewed). The action would have still been pending had I filed to have New Defendants amended before the filing of Renewed Summary Judgement. Basically I had a credible claim, but filed Complaint against wrong agency. In the Memorandum & Opinion of the Honorable Judge Rosemary M. Collyer it stated that I could file a complaint naming new defendants. This is the Civil Action to which is pending in this Court.

 In conclusion, I humbly and respectfully would like to request a referral to any Law School, Firm, and/or options for Dispute Resolution. The cause of this litigation is to obtain a document via "Freedom of Information/Privacy Act(s)". That I was denied after properly following the prescribed method via the law. I believe that this matter is a simple in nature, but being confused by the agencies involved. I'm very much aware that this Honorable Court doesn't and will not

RECEIVED
AUG 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

give advise on "legal stratgizing", and/or methods of seeking relief. Therefore I'm only requesting that this Honorable Court help me in knowing any available options. In an effort to get the relief sought without having to engage in litigation that would burden this Court with issues that can be resolve in an forum that will preserve this Honorable Court resources for those matters that really need them. I'm currently trying to achieve an alternative to litigation. I thank you for time, service, and consideration in this matter. Please send me a copy of my Docket Sheet.

Gratefully Submitted,

*Shanell James* (signature)

Shanell James