THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHANELL JAMES, | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 08-0842 (RMU) |
| v. | ) | ECF |
| U.S. DRUG ENFORCEMENT ADMIN. et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDNT'S MOTION FOR A SCHEDULING ORDER

Per the Court's Minute Order dated August 11, 2008, Defendants, U.S. Drug Enforcement Administration, et. al., by and through undersigned counsel, hereby submit the following scheduling order to govern the filing and service of the Vaughn index and briefing of dispositive motions in the above captioned case. Defendant proposes the service of the Vaughn index as well as the filing of dispositive motions on or before September 26, 2008, oppositions be filed on or before October 26, 2008, and replies be field on or before October 17, 2008. The Scheduling Order incorporating the Defendants' suggestions is attached.

Dated: August 29, 2008

        Respectfully submitted,

        _/s/_____
        JEFFREY A. TAYLOR, D.C. Bar #498610
        United States Attorney

        _/s/_____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        _/s/_____
        MEGAN M. WEIS
        Special Assistant U.S. Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, NW
        Washington, D.C. 20530

        *Attorneys for Defendant*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHANELL JAMES,<br>　　　Plaintiff,<br><br>　　　v.<br>U.S. DRUG ENFORCEMENT<br> ADMIN. et. al.,<br><br>　　　Defendants. | Civil Action No. 08-0842 (RMU)<br>ECF |

## SCHEDULING ORDER

Upon Consideration of the Defendant's Motion for a Scheduling Order, and the entire record herein, it is hereby ORDERED that:

1. The Vaughn index shall be served on or before September 26, 2008;

2. Dispositive Motions shall be filed on or before September 26, 2008;

3. Oppositions, if any, to Dispositive Motions shall be filed on or before October 26, 2008;

4. Replies to Oppositions to Dispositive Motions shall be filed on or before by November 14, 2008.

It is SO ORDERED this _____day of _____, 2008.

　　　.

　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　Hon. Ricardo M. Urbina

　　　　　　　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

Shanell James, pro se
R69829-004
ALLENWOOD MEDIUM
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 2000
WHITE DEER, PA 17887

on this 29th day of August, 2008.

                                                ____/s/_____
                                                MEGAN M. WEIS
                                                Special Assistant United States Attorney
                                                Civil Division
                                                555 4th St., NW
                                                Washington, D.C. 20530
                                                (202) 514-5134